UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D.H. McALISTER, *et al.*,<br><br>　　　　Defendants. | No. CV 18-6569 JVS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

Nothing in plaintiff's Objections causes the Court to revisit its earlier determination not to recuse the Magistrate Judge. (Plaintiff's Objections, pp. 2-3, 30; see Order Denying Motion Recuse, Docket No. 30.)

IT IS ORDERED that judgment be entered dismissing this action with prejudice.

DATED: August 21, 2019

_____
JAMES V. SELNA
United States District Judge