UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS JOHN HEILMAN, | ) | No. CV 18-6569 JVS (FFM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| D.H. McALISTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 21, 2019

JAMES V. SELNA
United States District Judge